UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAMIAN SILVA ORTIZ,

        Petitioner,

v.

KEVIN RAYCRAFT et al.,

        Respondents.
_____/

Case No. 1:25-cv-1668

Honorable Jane M. Beckering

**JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Petitioner's action is **DISMISSED WITHOUT PREJUDICE**.


Dated: December 17, 2025

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge